# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEVON HAMMOND | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   No._____ |
| | * |
| LIBERTY MUTUAL INSURANCE | * |
| COMPANY and LIBERTY | * |
| MUTUAL GROUP, | * |
| | * |
|     Defendants. | * |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Liberty Mutual Insurance Company and Liberty Mutual Group hereby remove this action from the Chancery Court of Shelby County for the Thirtieth Judicial District of Tennessee to the United States District Court for the Western District of Tennessee, stating as follows:

1. On September 24, 2008, Plaintiff commenced a civil action in the Chancery Court of Shelby County for the Thirtieth Judicial District of Tennessee, under the style <u>Stevon Hammond v. Liberty Mutual Insurance Company and Liberty Mutual Group</u>, Case No. CH-08-1776-3.

2. Plaintiff, Stevon Hammond, alleges in the action that he is an adult resident of Shelby County, Tennessee. (See Complaint ¶ 1; a copy of Summons and of the Complaint are attached hereto as Exhibit 1.)

3. Plaintiff's Complaint asserts claims for declaratory relief and for bad faith breach of insurance contract, alleging at paragraphs 5, 7 and 9 of the Complaint as follows:

> 5. Prior to November, 2007, for valuable consideration, Stevon Hammond purchased insurance from Liberty Mutual under policy No. H6225 1000 352607 (hereinafter the "policy") to cover loss and damage to his property located at 3059 Saint Cloud Place, Memphis, Shelby County, Tennessee (hererinafter "property").
>
> * * * *
>
> 7. On or about November 9, 2007 while the policy was in full force and effect, the property was damaged in a fire, creating a combined loss in excess of $90,000.00.
>
> * * * *
>
> 9. All the conditions of the policy have been performed by Plaintiff, though more than Ten (10) months have elapsed since Plaintiff furnished Liberty Mutual with notice of proof of loss; Liberty Mutual has failed to pay the Plaintiff the sum due on the policy, or any part thereof.

4. From the time of the commencement of this action to the present, Defendant Liberty Mutual Insurance Company was a corporation organized under the laws of the State of Massachusetts with its principal place of business in Massachusetts.

5. From the time of the commencement of this action to the present, Co-defendant Liberty Mutual Group was not a legal entity and has had no legal existence, being merely an assumed name.

6. This Court has original jurisdiction of the action pursuant to 28 U.S.C. § 1332 because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and because it is an action between citizens of different states.

7. Defendant Liberty Mutual Insurance Company was served, via service on the Tennessee Department of Commerce and Insurance, with the Summons and Complaint in this action on October 3, 2008 and was the first Defendant to be served in this action. Co-defendant Liberty Mutual Group, a non-existent entity, was served on October 6, 2008 via service on the Tennessee Department of Commerce and Insurance. This Notice of Removal is, therefore, timely under 28 U.S.C. § 1446.

### I. THIS COURT HAS SUBJECT MATTER JURSDICTION PURSUANT TO 28 U.S.C. § 1332 & 1441

8. This Court has subject matter jurisdiction over this action because (1) the amount in controversy exceeds $75,000, exclusive of interest and costs and (2) there is complete diversity between the Plaintiff and all Defendants.

#### A. The Amount-in-Controversy Requirement is Satisfied

9. It is apparent on the face of the Complaint that Plaintiff seeks an amount in excess of $75,000, exclusive of interest and costs. In the last unnumbered paragraph of Plaintiff's Complaint, Plaintiff "prays for a judgment against Liberty Mutual for the limits of the policy, with interest on such sum from November 9, 2007 as well as for exemplary relief to be found reasonable, but not to exceed $250,000 as well as reasonable attorney's fees, costs on this action and further relief to which this Honorable Court finds just and proper."

#### B. There is Complete Diversity Between the Plaintiff and all Defendants

10. As stated above, Liberty Mutual Insurance Company is a Massachusetts corporation with its principal place of business in Massachusetts, and Liberty Mutual Group is a non-existent entity. Plaintiff is a citizen of Tennessee. Accordingly, there is complete diversity between Plaintiff and all Defendants.

11. The subject action is a civil action that is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441 in that (a) Plaintiff and Defendants are citizens of different states; (b) no Defendant is a citizen of the State of Tennessee; (c) the amount in controversy exceeds $75,000, exclusive of interest and costs; and (d) this action is within the original jurisdiction of the Court pursuant to the provisions of 28 U.S.C. § 1332.

12. Written notice of the filing of this Notice of Removal is being given to the adverse party, and a Notice of Filing of this Notice of Removal is being filed with the Clerk of the Chancery Court of Shelby County for the Thirtieth Judicial District of Tennessee. A copy of the Notice of Filing of Notice of Removal, excluding the exhibit (this Notice of Removal), is attached hereto as Exhibit 2.

13. By filing this Notice of Removal, no Defendant waives, either expressly or implicitly, its right to assert any defenses that Defendant could have asserted in the Chancery Court of Shelby County for the Thirtieth Judicial District of Tennessee.

WHEREFORE, Defendants Liberty Mutual Insurance Company and Liberty Mutual Group respectfully remove this action from the Chancery Court of Shelby County for the Thirtieth Judicial District of Tennessee to this Court, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

BURCH, PORTER & JOHNSON
A Professional Limited Liability Company


_____/s/ Stephen D. Crawley_____
Stephen D. Crawley (BPR # 11454)
Mary C. Hamm (BPR # 024464)
130 North Court Avenue
Memphis, Tennessee  38103
Telephone:  (901) 524-5000
Facsimile:  (901) 524-5024

Counsel for Defendants
Liberty Mutual Insurance Company
Liberty Mutual Group


## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing to Kenneth Margolis, Esq., 100 N. Main Street, #2601, Memphis, Tennessee  38103, via U.S. Mail, postage prepaid, this 3rd day of November, 2008.

_____/s/Stephen D. Crawley_____
Stephen D. Crawley


U:\crawleys\wpdata\LIBERTY\Hammond\Notice of Removal.doc