```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| **STEVON HAMMOND,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 2:08-cv-2759-P |
| ) | |
| **LIBERTY MUTUAL INSURANCE,** ) | |
| **COMPANY and LIBERTY** ) | |
| **MUTUAL FIRE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
|     **Defendants.** ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Parties have announced that the above captioned matter has been settled and that this case should be dismissed with prejudice. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the matter be and the same is hereby dismissed with prejudice. Pursuant to the Stipulation of Dismissal with Prejudice filed on November 3, 2009, each party shall bear their own costs, except that Liberty Mutual Fire Insurance Company shall bear the costs of the mediation conducted in this cause. It is further ordered, by stipulation of both parties that neither party shall seek discretionary costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

```
                              s/ Tu M. Pham
                              TU M. PHAM
                              United States Magistrate Judge

                              November 4, 2009
                              Date
```